UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC DWAYNE VENTRESS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SKAGIT COUNTY,<br><br>　　　　　　　　　　Defendant. | Case No. C15-416-MJP<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Defendant's motion for summary judgment (Dkt. 21) is GRANTED.

(3)　Plaintiff's amended complaint (Dkt. 11) and this action are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). This shall count as a dismissal under 28 U.S.C. § 1915(g).

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 26th day of October, 2015.

Marsha J. Pechman
Chief United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2